**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JONATHAN EUGENE GRIFFEN**                                                                          **PETITIONER**

**v.**                                        **5:08CV00215 WRW**

**LARRY NORRIS, Director of the**                                                                  **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jonathan Eugene Griffen is denied, and this proceeding is dismissed. Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 3rd day of November, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE